# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**ANDREW WADE WYRRICK**                                      **PETITIONER**
Reg. #15526-062

v.                            No. 2:20-cv-157-DPM-

**DEWAYNE HENDRIX, Warden,**
Federal Correctional Institution,
Forrest City, Arkansas
                                                             **RESPONDENT**

## JUDGMENT

Wade's petition is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

27 July 2020